1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION

FILED
CLERK U.S. DISTRICT COURT
JUL 20 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

   Plaintiff,

   v.

CHARLOTTE DAVIS FLYNN, an individual, and d/b/a/ STARSURPLUS.COM,

   Defendant.

Case No. 12-cv-01141 SVW SPX

[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties and good cause appearing therefore, Defendant Charlotte Davis Flynn, an individual dba StarSurplus.com ("Defendant") is hereby dismissed with prejudice from Plaintiff Microsoft Corporation's ("Microsoft") Complaint. The above action is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.

/ / /

/ / /

/ / /

41826-5600.0001/LEGAL24212445.1

1  This Court shall retain jurisdiction to enforce the Permanent Injunction
2  entered by this Court and the Settlement Agreement and Release between Microsoft
3  and Defendant.

**IT IS SO ORDERED.**

Dated: 7/20/12

HON. STEPHEN V. WILSON
United States District Court Judge