1  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
2  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 MICROSOFT CORPORATION, a
   Washington corporation,
12                                    Case No. 12-cv-01141 SVW SPX
                Plaintiff,
13
        v.
14                                    ORDER RE
   CHARLOTTE DAVIS FLYNN, an          STIPULATED PERMANENT
15 individual, and d/b/a/             INJUNCTION
   STARSURPLUS.COM,
16
                Defendant.
17

18

19
        Pursuant to the stipulation of the parties, and good cause appearing therefore,
20
   IT IS ORDERED that Defendant Charlotte Davis Flynn, an individual dba
21
   StarSurplus.com ("Defendant"), along with any directors, principals, officers,
22
   agents, servants, employees, representatives, successors and assigns, and all those
23
   persons or entities acting in concert or participation with Defendant, shall be and
24
   hereby are PERMANENTLY ENJOINED and restrained from:
25
        (a)    imitating, copying, or making any other infringing use or
26
   infringing distribution of software programs, components, end user license
27
   agreements ("EULAs"), Certificates of Authenticity ("COAs") or items protected
28

41826-5600.0001/LEGAL24212293.1

by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    1,872,264 ("WINDOWS");

    (4)    2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Number: TX 5-407-055 ("Windows XP Professional") or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed,

licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

   (e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

   (f) engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

   (g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

Dated: July 20, 2012

               HON. STEPHEN V. WILSON
               United States District Court Judge